U.S. COURT OF APPEALS
RECEIVED
CLERK
NOV 2 1 2016
ATLANTA, GA

16-16666 E

From: Roy Belfast
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

To: Clerk of Courts

Sir,

I would like to inquire about the Mandamus submitted via certified mail no. 7015 0640 0003 3446 0474 to the Eleventh Circuit Court, via your office. Please provide me with the status of processing regarding the Mandamus.

Thankyou For your time