**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 22, 2016

Roy M. Belfast Jr.
USP Lewisburg - Inmate Legal Mail
PO BOX 1000
LEWISBURG, PA 17837

Appeal Number: 16-16666-E
Case Style: In re: Roy Belfast, Jr.
District Court Docket No: 1:06-cr-20758-CMA-1

In response to your inquiry, please be advised that your mandamus is still pending before the Court. You will be notified when there has been ruling.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Gloria M. Powell, E
Phone #: (404) 335-6184

LetterHead Only